## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-07877-LJL

Date Filed: 10/18/2024

Plaintiff:
**Susan Competello, on behalf of herself and all others similarly situated**

vs.

Defendant:
**Hemped NYC LLC and Hemped NYC on Orchard LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Hemped NYC LLC**.

I, Patricia Burke, do hereby affirm that on the **15th day of November, 2024** at **3:15 pm, I:**

served the within named Limited Liability Company, **Hemped NYC LLC** by delivering two true copies of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial pursuant to New York State Section 303 LLCL** together with statutory service fee in the amount of **$40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___11/18/24___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050

Our Job Serial Number: SRN-2024006220

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:24-CV-07877-LJL

Date Filed: 10/18/2024

Plaintiff:
**Susan Competello, on behalf of herself and all others similarly situated**

vs.

Defendant:
**Hemped NYC LLC and Hemped NYC on Orchard LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Hemped NYC on Orchard LLC**.

I, Patricia Burke, do hereby affirm that on the **15th day of November, 2024** at **3:15 pm, I:**

served the within named Limited Liability Company, **Hemped NYC on Orchard LLC** by delivering two true copies of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ___11/15/24___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security**
**48 Davis Avenue**
**Port Washington, NY 11050**

Our Job Serial Number: SRN-2024006221

*Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a*