UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SUSAN COMPETELLO, *on behalf of herself and all others similarly situated*,

                         Plaintiff,                   24-CV-07877 (JAV)

       -v-                                          ORDER

HEMPED NYC LLC and HEMPED NYC ON ORCHARD LLC,

                        Defendants.
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendants' website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 20, 2024                                  _____
      New York, New York                                JEANNETTE A. VARGAS
                                                               United States District Judge