UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN COMPETELLO, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>HEMPED NYC LLC and HEMPED NYC ON ORCHARD LLC,<br><br>      Defendants. | 24-CV-07877 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: January 13, 2025
   New York, New York

                 _____
                 JEANNETTE A. VARGAS
                 United States District Judge