UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN COMPETELLO, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

HEMPED NYC LLC and HEMPED NYC ON ORCHARD LLC,

Defendant,

1:24-cv-07877 (JAV)

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE <u>41(a)(1)(A)(i)</u>**

Plaintiff Susan Competello ("Plaintiff"), by and through her undersigned counsel, hereby provides notice, pursuant to Rule 41(a)(1)(A) (i) of the Federal Rules of Civil Procedure, that she is voluntarily dismissing the above action without prejudice and without costs to any party.

Dated: New York, New York
April 16, 2025

**JOSEPH & NORINSBERG, LLC**

By:

Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
Arjeta@employeejustice.com
*Attorneys for Plaintiff*